

# NUMBER 13-24-00062-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

TORIBIO "TERRY" PALACIOS,
IN HIS OFFICIAL CAPACITY AS
HIDALGO COUNTY DISTRICT ATTORNEY,                    Appellant,

v.

MONTY GEORGE STUMBAUGH,                              Appellee.

## ON APPEAL FROM THE 332ND DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Silva
### Memorandum Opinion by Justice Longoria

This cause is before the Court on an agreed motion to dismiss the appeal. The parties have resolved the issues in this appeal and request the trial court's judgment be set aside and the cause be remanded to the trial court for rendition of judgment in

accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Additionally, the agreed motion states that each party shall bear their own costs.

Upon consideration of the agreed motion, we grant the agreed motion, vacate the trial court's order dated January 24, 2024, and entitled Order Granting Plaintiff's Petition for Writ of Mandamus, and dismiss the appeal. *See id.* R. 42.1(a)(2)(B), 43.2(e).

In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
13th day of June, 2024.